Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAJDY NASSER, | ) Case No.  CV 09-04125 MHP |
|  | ) |
| Plaintiff, | ) STIPULATION TO DISMISS WITH PREJUDICE |
| vs. | ) |
| WEST ASSET MANAGEMENT, | ) |
| Defendant. | ) |

Plaintiff, WAJDY NASSER, filed the present action against West Asset Management, Inc. ("WEST") on September 4, 2009.  The parties subsequently resolved the action in its entirety before a responsive pleading was due.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above captioned action is dismissed with prejudice
3
4  pursuant to Fed. R. Civ. Pro. 41.
5
6  Dated: 11/02/09                KROHN & MOSS, LTD.
7
8                                 /s/ Michael Agruss
                                   Michael Agruss,
9                                  Attorney for Plaintiff,
                                   Wajdy Nasser
10
11 Dated: 11/02/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
12
                                  /s/Debbie P. Kirkpatrick
13                                Debbie P. Kirkpatrick,
                                  Attorney for Defendant,
14                                West Asset Management
15
16
17 IT IS SO ORDERED.
18
19 Dated:  11/3/2009              _____
                                  Hon. M
20                                United
21
22
23
24
25
26
27
28

Stipulation to Dismiss with Prejudice

2